```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 41065
   DAVID W PAYNE
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1142


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/04/2004 and was confirmed 01/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  60.15% from remaining funds.

     The case was dismissed after confirmation 04/02/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
UNION AUTO SALES           SECURED            1000.00       20.36        1000.00
UNION AUTO SALES           UNSECURED OTH      374.03         .00          152.17
INTERNAL REVENUE SERVICE   PRIORITY           1107.00        .00         1107.00
ASSET ACCEPTANCE CORP      UNSECURED           388.63        .00          157.77
ATG CREDIT LLC             UNSECURED        NOT FILED        .00             .00
BANKFIRST CARD CENTER      UNSECURED        NOT FILED        .00             .00
CAPITAL ONE BANK           UNSECURED        NOT FILED        .00             .00
CAPITAL ONE                UNSECURED        NOT FILED        .00             .00
CERTEGY                    UNSECURED        NOT FILED        .00             .00
CERTEGY PAYMENT RECOVERY   NOTICE ONLY     NOT FILED        .00             .00
CITY OF CHICAGO PARKING    UNSECURED           6090.00       .00         2495.46
CITY OF CHICAGO DEPT OF    NOTICE ONLY     NOT FILED        .00             .00
CITY OF CHICAGO            NOTICE ONLY     NOT FILED        .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED        .00             .00
COMED                      NOTICE ONLY     NOT FILED        .00             .00
GATEWAY CITIBANK           UNSECURED        NOT FILED        .00             .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED        .00             .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY     NOT FILED        .00             .00
OFFICE DEPOT               UNSECURED        NOT FILED        .00             .00
MCI RESIDENTIAL SERVICES   UNSECURED        NOT FILED        .00             .00
MCI COMMUNICATIONS         NOTICE ONLY     NOT FILED        .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           1964.17       .00          797.42
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY     NOT FILED        .00             .00
ECAST SETTLEMENT CORP      UNSECURED           715.55        .00          290.50
NATIONWIDE ACCEPTANCE~     UNSECURED           8607.22       .00         3526.92
PEOPLES GAS LIGHT & COKE   UNSECURED OTH      134.90         .00           40.47
PEOPLES GAS                NOTICE ONLY     NOT FILED        .00             .00
PROVIDIAN  MASTERCARD      UNSECURED        NOT FILED        .00             .00
PROVIDIAN FINANCIAL        NOTICE ONLY     NOT FILED        .00             .00
RESURGENCE FINANCIAL LLC   UNSECURED           4555.56       .00         1866.69
RESURGENCE FINANCIAL LLC   NOTICE ONLY     NOT FILED        .00             .00
TARGET                     UNSECURED        NOT FILED        .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 41065 DAVID W PAYNE
```

```
TARGET                     NOTICE ONLY    NOT FILED            .00              .00
ROSELAND COMMUNITY HOSPI   UNSECURED      NOT FILED            .00              .00
ROSELAND COMMUNITY HOSPI   NOTICE ONLY    NOT FILED            .00              .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED            .00              .00
SBC/AMERITECH              NOTICE ONLY    NOT FILED            .00              .00
SPRINT                     UNSECURED      NOT FILED            .00              .00
SPRINT PCS                 NOTICE ONLY    NOT FILED            .00              .00
TCF BANK                   UNSECURED      NOT FILED            .00              .00
TCF BANK                   NOTICE ONLY    NOT FILED            .00              .00
TCF NATIONAL BANK          NOTICE ONLY    NOT FILED            .00              .00
THOREK HOSPITAL & MEDICA   UNSECURED      NOT FILED            .00              .00
THOREK HOSPITAL            NOTICE ONLY    NOT FILED            .00              .00
UNIFUND                    UNSECURED      NOT FILED            .00              .00
RESURGENT ACQUISITION LL   UNSECURED       1170.46             .00           475.19
NATIONWIDE ACCEPTANCE~     UNSECURED        213.26             .00            80.94
INTERNAL REVENUE SERVICE   UNSECURED         55.73             .00            16.72
MIDLAND CREDIT MANAGEMEN   UNSECURED        180.35             .00            70.50
LEDFORD & WU               DEBTOR ATTY    2,400.00                         2,400.00
TOM VAUGHN                 TRUSTEE                                           844.54
DEBTOR REFUND              REFUND                                             35.70

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              15,378.35

PRIORITY                                        1,107.00
SECURED                                         1,000.00
    INTEREST                                       20.36
UNSECURED                                       9,970.75
ADMINISTRATIVE                                  2,400.00
TRUSTEE COMPENSATION                              844.54
DEBTOR REFUND                                      35.70
                     ---------------         ---------------
TOTALS               15,378.35                15,378.35
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 07/24/08           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE



                              PAGE   2
            CASE NO. 04 B 41065 DAVID W PAYNE